UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY 21607 FENKELL,
DETROIT, MICHIGAN, et al.

    Defendants.
_____/

Case No. 05-73920
 (consolidated with 05-73462)
Honorable Nancy G. Edmunds

**ORDER CONSOLIDATING CASE NO. 05-73920 WITH CASE NO. 05-73462**

The Court may order consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The purpose of this rule is to promote convenience and judicial economy.

Being fully advised in the premises and having read the pleadings, the Court hereby CONSOLIDATES CASE NUMBER 05-73920 WITH 05-73462. ALL SUBSEQUENT PLEADINGS SHALL BE ENTERED UNDER THE LOWER CASE NUMBER OF 05-73462. Further, CASE NUMBER 05-73920 IS HEREBY CLOSED FOR ADMINISTRATIVE PURPOSES.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: February 10, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 10, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager